U.S. DISTRICT COURT OF THE STATE OF NEW YORK
SOUTHERN-NY COUNTY

| | |
|---|---|
| FREDKIEY HURLEY<br><br>vs *Plaintiff*<br><br>NANCY WHISKEY INC D/B/A NANCY WHISKEY PUB AND MATERA FAMILY LIMITED PARTNERSHIP ,<br><br>*Defendant* | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:16-CV-06732-LGS<br>DATE FILED: 08/26/2016<br>Job #: 455006<br>Client File#<br><br>ADA ACCESSIBILITY ASSOCIATES<br>19390 COLLINS AVE STE 619<br>SUNNY ISLES BEACH, FLORIDA 33160 |

CLIENT'S FILE NO.:                      **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, Robert Piaskowy, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 09/16/2016 at 3:12 PM at 1 LISPENARD STRET, NEW YORK, NY 10013, deponent served the within SUMMONS IN A CIVIL ACTION , CIVIL COVER SHEET, AND COMPLAINT

by personally delivering to and leaving with MELISSA WHITE for NANCY WHISKEY INC D/B/A NANCY WHISKEY PUB, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Female,
**Approx Skin**: White, **Approx Hair**: Black

Deponent previously attempted to serve the above named individual on

Sworn to before me on 09/19/2016
JEFFREY WITTENBERG #01WI4906457
Notary Public State of New York
Nassau County, Commission Expires 8/22/18

Robert Piaskowy
1298947

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373